**Anthony DOVE, Plaintiff–Appellant,**

v.

**Imelda J. PATE, Assistant District Attorney—Lenoir County; Paul L. Jones, Resident Superior Court Judge—Lenoir County; Ripley E. Rand, U.S. Attorney—Middle District of N.C.; Dawn G. Stroud, Lenoir County Clerk of**

Court; Linda McGee, Chief Judge, NC Court of Appeals; Sam J. Ervin, Justice, NC Supreme Court, Defendants–Appellees.

No. 16–6223

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Anthony Dove, Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove appeals the district court's orders dismissing, after a 28 U.S.C. § 1915 (2012) review, his 42 U.S.C. § 1983 (2012) action, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Dove v. Pate, No. 5:15–ct–03132–BO (E.D.N.C. Jan. 12, 2016 & Feb. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED